

SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: KELLY MCMILLEN &**  **CHAPTER 13**
**SHARLA MCMILLEN**

**DEBTORS**  **CASE NO. 14-13311**

### ORDER GRANTING MOTION TO SHORTEN NOTICE TIME
### REGARDING MOTION TO BORROW (Dkt. # 54)

THIS matter is before the Court on the Motion to Shorten Notice Time Regarding Debtor's Motion to Borrow, filed on October 14th, 2019 (Dkt. #54). The Court has reviewed the Motion to Shorten. and finds it well taken. Accordingly, is hereby ORDERED, AND DECREED that the   (JDW) Motion to Shorten (Dkt. #54) is GRANTED. The Debtor shall serve a copy of the Motion to Borrow **(**Dkt. #53**)** on all parties within three days of the entry of this Order, and the response deadline shall be the 10th day of following entry of this Order.

#ENDOFORDER#

SUBMITTED BY:

/s/Karen B. Schneller
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417

HOLLY SPRINGS, MS 38635

Case 14-13311-JDW    Doc 55    Filed 10/15/19    Entered 10/15/19 14:05:59    Desc Main
Document      Page 2 of 2