IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 13 NO.:

KELLY SHAW McMILLEN  14-13311-JDW
SHARLA ANN McMILLEN

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Locke D. Barkley, files this Notice of Final Cure Payment. The amount required to cure the default on the claim identified below has been paid in full.

**Name of Creditor:** Cenlar FSB as loan subservicer for MGC Mortgage, Inc., as servicer for LPP Mortgage Ltd.

Court claim no.: 9

Last four digits of account number (if known): 4659

**Final Cure Amount:**

Amount of allowed pre-petition arrearage: $14,898.28

Amount Paid by Trustee:  $14,898.28

**Continuing Monthly Mortgage Payment:**

As of the date of the final plan payment, the continuing monthly mortgage payment was paid: _X_ Chapter 13 Trustee conduit  ___ Direct by Debtor(s)

**If Trustee conduit:**

Total amount of continuing payments: $52,993.42

Current through: November 2019

Pursuant to Fed. R. Bankr. P. 3002.1(g), the Creditor MUST, within twenty-one (21) days of the service of the Notice of Final Cure Payment, file and serve on the Debtor(s), Debtor(s)' counsel and the Chapter 13 Trustee, a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim; and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be

filed as a supplement to the Creditor's proof of claim and is not subject to Fed. R. Bankr. P. 3001(f).

Failure to file such statement or provide any information required by Fed. R. Bankr. P. 3002.1(g), may result in the imposition of sanctions and/or other appropriate relief as determined by the Court.

Date: December 6, 2019.

                                      Respectfully submitted,

                                      LOCKE D. BARKLEY, TRUSTEE

                                      /s/ Melanie T. Vardaman
                                      ATTORNEYS FOR TRUSTEE
                                      W. Jeffrey Collier (MSB 10645)
                                      Melanie T. Vardaman (MSB 100392)
                                      6360 I-55 North, Suite 140
                                      Jackson, Miss.  39211
                                      (601) 355-6661
                                      ssmith@barkley13.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

    Cenlar FSB
    425 Phillips Blvd.
    Ewing, NJ 08618

    Emily Kaye Courteau, Esq.
    Attorney for Creditor

Dated: December 6, 2019

                                                /s/ Melanie T. Vardaman
                                                MELANIE T. VARDAMAN