| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | Kelly Shaw McMillen |
|---|---|
| | First Name    Middle Name    Last Name |
| Debtor 2 (Souse, if filing) | Sharla Ann McMillen |
| | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: NORTHERN District of Mississippi

Case Number (If known)    14-13311-JDW

Form 4100R
## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:**  LPP MORTGAGE,INC. F/K/A LPP MORTGAGE LTD

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:    7289

**Property address:**  102 Friends Lane
Potts Camp, MS 38659

### Part 2:  Prepetition Default Payments

*Check one:*
☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:
$_____

### Part 3:  Postpetition Mortgage Payment

*Check one:*
☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
12/1/2019
MM / DD  / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                            (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

  c. **Total**. Add lines a and b.                                       (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
___/____/_____
MM / DD / YYYY

Form 4100R           **Response to Notice of Final Cure Payment**           page 1

Debtor 1 ___Kelly Shaw McMillen___     Case number (*if known*) __14-13311-JDW__
      First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

     *X* ___Kimberly D. Putnam___     Date __12__ / __23__ / __2019__
         Signature

Print    __Kimberly D. Putnam MSB 102418__     Title __Associate Attorney__
       First Name  Middle Name Last Name

Company __Dean Morris, LLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __1820 Avenue of America__
       Number        Street

       __Monroe, LA 71201__
       City        State        ZIP Code

Contact phone (318) 330-9020     Email miss.bk@ms.creditorlawyers.com

## **CERTIFICATE OF SERVICE**

I, Kimberly D. Putnam, hereby certify that I have notified all interested parties of the Response to Notice of Final Cure filed by LPP MORTGAGE,INC. F/K/A LPP MORTGAGE LTD as reflected on the foregoing notice,

Kelly Shaw McMillen
Sharla Ann McMillen
102 Friends Lane
Potts Camp, MS 38659

Robert H. Lomenick, Jr.
Attorney at Law
rlomenick@gmail.com

Locke D. Barkley
Trustee
Ecf_lbarkley13@barkley13.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

by electronic transmission or mailing this notice and a copy of the Response to Notice of Final Cure filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this 12/23/2019        .

                                Dean Morris, LLC
                                1820 Avenue of America
                                Monroe, Louisiana  71201
                                (318) 330-9020

                                /s/ Kimberly D. Putnam
                                Kimberly D. Putnam (Bar#102418)
                                Attorney for Movant
                                kim.mackey@ms.creditorlawyers.com